**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 01-6601**

———————

FRANCIS NWANKWO,

Petitioner - Appellant,

versus

WARDEN, LSCI-Butner,

Respondent - Appellee.

———————

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh. Terrence W. Boyle, Chief District Judge. (CA-00-831)

———————

Submitted: January 15, 2002        Decided: January 29, 2002

———————

Before WILKINS, WILLIAMS, and TRAXLER, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

Cheryl J. Sturm, Chadds Ford, Pennsylvania, for Appellant. John Stuart Bruce, United States Attorney, Anne M. Hayes, Assistant United States Attorney, R. A. Renfer, Jr., Assistant United States Attorney, Raleigh, North Carolina, for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Francis Nwankwo appeals the district court's order denying relief on his 28 U.S.C. § 2241 (1994) petition. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm substantially on the reasoning of the district court. Nwankwo v. Warden, No. CA-00-831 (E.D.N.C. Feb. 15, 2001); see United States v. White, 238 F.3d 537, 542-43 (4th Cir.) (holding that when there are multiple counts of conviction, statutory maximum sentence on each count may be aggregated to reach the appropriate sentence within the applicable guidelines range), cert. denied, ___ U.S. ___, 121 S. Ct. 2235 (2001); In re Jones, 226 F.3d 328, 329-30 (4th Cir. 2000) (explaining applicability of savings clause in 28 U.S.C.A. § 2255 (West Supp. 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED